IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OFFICE OF FOREIGN ASSETS CONTROL, U.S. DEPT. OF THE TREASURY**<br><br>Plaintiff,<br><br>v.<br><br>**VOICES IN THE WILDERNESS,**<br><br>Defendant. | Civil Action No. 03-1356 (JDB) |

## ORDER

Upon consideration of plaintiff's Renewed Motion for Judgment on the Pleadings and to Dismiss the Amended Counterclaim, defendant's Opposition thereto, plaintiff's Reply, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this <u>12th</u> day of August, 2005, hereby

**ORDERED** that plaintiff's Renewed Motion for Judgment on the Pleadings and to Dismiss the Amended Counterclaim is **GRANTED**; and it is further

**ORDERED** that judgment shall be entered in favor of plaintiff enforcing a civil penalty against defendant in the amount of $20,000.

/s/ John D. Bates<br>
JOHN D. BATES<br>
United States District Judge

Copies to:

Sara Wood Clash-Drexler
US DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
20 Massachusetts Avenue, NW
P.O. Box 883
Washington, DC 20044
(202) 514-3481
Fax : (202) 616-8460
Email: sara.clash-drexler@usdoj.gov

William P. Quigley
LOYOLA UNIVERSITY NEW ORLEANS SCHOOL OF LAW
7214 St. Charles Avenue
Room 118
New Orleans, LA 70118
(504) 861-5590
Fax : (504) 861-5440
Email: quigley@loyno.edu

Carl L. Messineo
Mara E. Verheyden-Hilliard
PARTNERSHIP FOR CIVIL JUSTICE
1901 Pennsylvania Avenue NW
Suite 607
Washington, DC 20006
(202) 530-5630
Fax : (202) 530-5634
Email: pcj@JusticeOnline.org